## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Guerrero, Jessica A

Printed: 1/22/08

Case Number: 04 B 40689
Judge: Squires, John H
Filed: 11/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 17, 2008
Confirmed: December 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,710.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 89.55 |
| Other Funds: |  | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 0.00 | 0.00 |
| 2. | Peoples Energy Corp | Unsecured | 10.35 | 12.54 |
| 3. | SBC | Unsecured | 31.08 | 46.08 |
| 4. | JP Morgan Chase Bank | Unsecured | 932.40 | 1,382.22 |
| 5. | ECast Settlement Corp | Unsecured | 75.82 | 112.43 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 106.00 | 157.18 |
| 7. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 8. | Women's Workout World | Unsecured |  | No Claim Filed |
| 9. | Bank One | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | Women's Workout World | Unsecured |  | No Claim Filed |
| 14. | Reliance Acceptance Corp D | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,155.65 | $ 1,710.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 8.88 |
| 4% | 5.87 |
| 3% | 5.87 |
| 5.5% | 19.09 |
| 5% | 10.01 |
| 4.8% | 15.18 |
| 5.4% | 24.65 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Guerrero, Jessica A | Case Number: 04 B 40689 |
| | Judge: Squires, John H |
| Printed: 1/22/08 | Filed: 11/2/04 |

                                               _____
                                               $ 89.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

